UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD RASALID HAILASSIE,<br><br>　　　　Petitioner,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>　　　　Respondent. | 1:06-CV-01300 OWW WMW HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION REGARDING MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241<br><br>[Doc. 9, 12] |

　　　　Petitioner, a federal prisoner proceeding pro se, has filed an application for a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　On November 29, 2007, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. No objections were filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1) The court HEREBY DECLINES to adopt the findings and recommendations entered April 10, 2007 [Doc.8]

2) The findings and recommendations issued by the Magistrate Judge on November 29, 2007, are ADOPTED IN FULL;

3) Respondent's motion to dismiss is GRANTED;

4) the Petition for Writ of Habeas Corpus is DISMISSED as moot;

5) The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

Dated:   **January 25, 2008**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE